PROB 12A
(REVISED 5/2011)

# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Tarell Dontay Lewis</u>    Case Number: <u>3:03-00199-01</u>

Name of Judicial Officer: <u>Honorable Aleta A. Trauger, U.S. District Judge</u>

Date of Original Sentence: <u>March 21, 2005</u>

Original Offense: <u>18 U.S.C. § 922(g)(1) and 924: Convicted Felon in Possession of a Firearm</u>

Original Sentence: <u>57 months' custody consecutive to state sentence, followed by 3 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>    Date Supervision Commenced: <u>November 10, 2010</u>

Assistant U.S. Attorney: <u>S. Carran Daughtrey</u>    Defense Attorney: <u>Paul J. Bruno</u>

---

**THE COURT ORDERS:**

[X] No Action
[ ] Submit a Petition for Summons
[ ] Submit a Petition for Warrant
[ ] Other

Considered this 27th day of Aug., 2013, and made a part of the records in the above case.

_____
Aleta A. Trauger
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

_____
Lisa A. Capps
Sr. U.S. Probation Officer

Place    Columbia, Tennessee

Date    August 26, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|

**1.**  **The defendant shall not commit another federal, state, or local crime:**

On May 28, 2013, Tarell Lewis was stopped by the Metropolitan Nashville Police Department, Nashville, Tennessee, and charged with Display or Possession of Revoked, Suspended, or Altered Driver's License (SCE106199). This case was dismissed on June 21, 2013.

**2.**  **The defendant shall not commit another federal, state, or local crime:**

On July 18, 2013, Tarell Lewis was stopped by the Metropolitan Nashville Police Department, Nashville, Tennessee, and cited for Driving on a Suspended License (SCE112076). The case was dismissed on August 12, 2013.

**Compliance with Supervision Conditions and Prior Interventions:**

Mr Lewis began his supervised release on November 10, 2010, and is scheduled to be terminated from supervision on November 9, 2013. He resides with his wife and children in Madison, Tennessee. He is employed with Downtown Nissan in Nashville, Tennessee, and also owns All About Business Cleaning. The probation officer completes frequent surprise home visits at the offender's residence.

On May 28, 2013, this officer received information that the offender had been cited for Driving on a Driver's License - Possession of Revoked, Suspended, or Altered, by the Metropolitan Nashville Police Department (MNPD), Nashville, Tennessee. According to the citation (SCE106199), officers were responding to a robbery call, and Mr. Lewis was in the direction of the suspect route and matched the description of the suspect. During the investigation, Mr. Lewis provided his driver's license to the officer and it was found to be suspended.

On July 18, 2013, Mr. Lewis contacted this officer to advise that he had been stopped that morning by MNPD and issued a citation for Driving on a Suspended License. This officer verbally reprimanded him and reminded him that he is not to drive without a valid license.

At a routine home inspection on July 28, 2013, Mr. Lewis advised he had obtained his driver's license and insurance and provided them both to this officer for verification.

**U.S. Probation Officer Recommendation:**

The probation officer respectfully recommends the offender be continued on supervised release and that no further action be taken at this time.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved By: _____
Burton Putman
Supervisory U.S. Probation Officer